NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES S. CHIZMAR,**

*Plaintiff-Appellant*

**v.**

**ACCO BRANDS CORPORATION, STAPLES, INC.,**

*Defendants-Appellees*

---

2015-1715

---

Appeal from the United States District Court for the Southern District of New York in No. 1:14-cv-02181-PKC, Judge P. Kevin Castel.

---

## JUDGMENT

---

ZACHARY DAVID SILBERSHER, Kroub Silbersher & Kolmykov PLLC, New York, NY, argued for plaintiff-appellant. Also represented by SERGEY KOLMYKOV, GASTON KROUB.

CHAD S.C. STOVER, Barnes & Thornburg LLP, Wilmington, DE, argued for defendants-appellees.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (CHEN, CLEVENGER, and BRYSON, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


February 8, 2016                    /s/ Daniel E. O'Toole
        Date                       Daniel E. O'Toole
                                   Clerk of Court